UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and )   Index No.: 24-CV-05177 (KMK)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION )
FUND and THE DISTRICT COUNCIL NO. 9 )
INTERNATIONAL UNION OF PAINTERS AND )
ALLIED TRADES, )                           DEFAULT JUDGMENT
)
)
)
)
                         Plaintiffs, )
)
)
          -against- )
)
A.B.C.D. CONSTRUCTION CORP., )
)
                         Defendant. )

---

This action having been commenced on July 9, 2024, by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the Defendant,

A.B.C.D. Construction Corp., on July 11, 2024 via NYS Secretary of State and said Proof of Service

having been filed with the Clerk of the Court on July 15, 2024 and the Defendant not having appeared,

answered or otherwise moved with respect to the Complaint within the time allowed by law, and the

time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against

Defendant in the liquidated amount of Nine Thousand Eight Hundred Twelve and Twenty Four Cents

($9,812.24), which includes the following: contributions due and owing in the sum of $4,773.60 for the

audit period October 1, 2018, through to and including March 31, 2020; interest in the sum of $137.26

calculated at 2% above prime per annum on the unpaid audit; liquidated damages in the sum of

$477.38 calculated at 20% of the principal amount owed; attorneys' fees in the sum of $3,942.00; plus

court costs and disbursements of this action in the sum of $482.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be

entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such

judgment forthwith.

Dated: White Plains, New York
       January 15      , 20XX 2025

So Ordered:

Honorable Kenneth M. Karas, U.S.D.J.